STEPHEN R. HARRIS, ESQ.
BELDING, HARRIS & PETRONI, LTD.
**Nevada Bar No. 001463**
417 West Plumb Lane
Reno, Nevada  89509
Telephone:  (775) 786-7600
Facsimile:  (775) 786-7764
email: steve@renolaw.biz
Attorney for Debtors

ELECTRONICALLY FILED BY
BELDING, HARRIS & PETRONI LTD
ON ___3/23/11___

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \*

IN RE:

TODD A. BENEDICT and
KRISTIN J. BENEDICT,
husband and wife,

Debtors.
_____/

Case No.  BK-11-50250
(Chapter 13)

**MOTION TO VALUE
COLLATERAL HELD BY
GREAT BASIN FEDERAL
CREDIT UNION**

Hrg. DATE: April 29, 2011
Hrg. TIME: 2:00 p.m.
Est. Time: 5 minutes
Set By: Calendar Clerk

COME NOW Debtors, TODD A. BENEDICT and KRISTIN J. BENEDICT ("Debtors"), by and through their attorney, STEPHEN R. HARRIS, ESQ. of BELDING, HARRIS & PETRONI, LTD., and hereby move the Court to value their residence, which residence is the collateral securing Debtors' indebtedness to GREAT BASIN FEDERAL CREDIT UNION ("GBCU"). This Motion is made and based upon the Points and Authorities set forth below, the matters and papers on file in this case and 11 U.S.C. §506(a), Fed. R. Bankr. P. 3012 and Local Rule 3012.

**POINTS AND AUTHORITIES**

**I.  FACTS**

The Debtors filed a voluntary petition for bankruptcy relief under Chapter 13 of Title 11 of

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

1

the United States Code on January 27, 2011. William A. Van Meter was duly appointed as the Chapter 13 Trustee in this case.

The Debtors' residence is located at 10010 Stonechase Court, Reno, Nevada 89521 ("Property"). The Debtors contracted with Gary D. Becker, Certified Appraiser, to appraise the Property. After completing an appraisal of the Property, Mr. Becker estimated the fair market value of the Property to be Two Hundred Thirty Five Thousand Dollars ($235,000.00), calculated as of March 9, 2011. A full copy of the appraisal report is attached hereto as **Exhibit "A"** and incorporated herewith by that reference. GENERAL MOTORS ACCEPTANCE CORPORATION ("GMAC") is the holder of a first deed of trust encumbering the Property securing a promissory note pursuant to which GMAC is owed approximately Three Hundred Seventy Three Thousand Dollars ($373,000.00). GBCU is the second deed of trust holder against the Property and is owed approximately Sixty Three Thousand Six Hundred Forty Eight and 86/100 Dollars ($63,648.86) (Claim No. 1-1).

## II. ARGUMENT

A.    <u>GBCU does not have an allowed secured claim</u>.

11 U.S.C. §506(a) bifurcates a creditor's allowed claim into two parts: (1) secured to the extent of the value of the property to which the creditor's interest in the liened property attaches; and (2) unsecured to the extent the claim exceeds the value of the underlying property. A claim such as a mortgage is not a "secured claim" to the extent that it exceeds the value of the property that secures it. Under the Bankruptcy Code, "secured claim" is thus a term of art; not every claim that is secured by a lien on property will be considered a "secured claim." <u>In re Zimmer</u>, 313 F.3d 1220 (9th Cir. 2002). Further, a junior lien holder's claim is an unsecured claim when its deed of trust is junior to a first deed of trust and the value of the loan secured by the first deed of trust is greater than the value of the house. <u>Id</u>. This is the exact situation that exists in this case.

The cumulative value of the first and second deeds of trust recorded against the Property is

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

2

approximately $436,648.86. Since the amount of the debt to GMAC on account of the first deed of trust exceeds the actual value of the Property, the value of the estate's interest in the Property is zero. As a second deed of trust holder, GBCU's secured interest in the Property under the second deed of trust is also zero. Thus, under §506(a), GBCU would not have an allowed secured claim as to its second trust deed encumbrance and under Zimmer its claim must be unsecured.

  B.  GBCU's contract rights may be modified through Debtors' Chapter 13 Plan.

11 U.S.C. §1322(b)(2) provides that a plan may modify the rights of holders of secured claims other than a claim secured only by a security interest in real property that is the debtors' principal residence. However, as in this case, a wholly unsecured lien is not protected by the antimodification clause of 1322(b)(2). Zimmer at 313 F.3d 1220. Since GBCU is completely unsecured as to its junior deed of trust, GBCU is not entitled to the protection of §1322(b)(2).

Accordingly, since GBCU's second deed of trust in the approximate amount of $63,648.86 is wholly unsecured, GBCU shall be treated as an unsecured creditor in Debtors' Chapter 13 Plan ("Plan") pursuant to §§ 506(a) and 1322 (b)(2). See the Plan filed concurrently herewith.

**WHEREFORE** Debtors pray that this Court enter its order determining that the value of the Property is less than the debt to GMAC on account of its first deed of trust, so that GREAT BASIN CREDIT UNION's claim on account of the second deed of trust recorded against the Property may be treated as an unsecured claim in the sum of $63,648.86 under the Plan.

DATED this 23 day of March, 2011.

          STEPHEN R. HARRIS, ESQ.
          BELDING, HARRIS & PETRONI, LTD.
          417 West Plumb Lane
          Reno, Nevada 89509

          /s/ Stephen R. Harris
          Attorney for Debtors

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

# EXHIBIT "A"

# EXHIBIT "A"

Reno, NV 89519
Telephone Number: 775-786-8484     Fax Number: 775-786-5956

**TO:**
Todd Benedict
10010 Stonechase Court
Reno, NV 89521

Telephone Number:     Fax Number:
Alternate Number:     E-Mail:

**DATE**
03/09/2011

**REFERENCE**
Internal Order #:     6119
Lender Case #:
Client File #:
Main File # on form:  6119
Other File # on form: 6119
Federal Tax ID:
Employer ID:

## DESCRIPTION

Lender: Benedict, Todd & Kristin             Client: Benedict, Todd & Kristin
Purchaser/Borrower: Benedict, Todd & Kristin
Property Address: 10010 Stonechase Ct
City: Reno
County: Washoe                          State: NV                    Zip: 89521-7265
Legal Description: Lot 57, Block "B", Villages At Damonte Ranch - Unit 12B

| FEES | AMOUNT |
|---|---|
| GPRES2 | 275.00 |
| SUBTOTAL | 275.00 |

| PAYMENTS | AMOUNT |
|---|---|
| Check #: 2014   Date: 03/09/2011   Description: | 275.00 |
| Check #:        Date:              Description: | |
| Check #:        Date:              Description: | |
| SUBTOTAL | 275.00 |

## ASSIGNMENT

| Field | Value |
|---|---|
| Market Area Name: | Damonte Ranch |
| Map Reference: | 39900 |
| Census Tract: | 0022.02 |

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)

This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date)  ☐ Retrospective  ☐ Prospective

Approaches developed for this appraisal: ☒ Sales Comparison Approach  ☐ Cost Approach  ☐ Income Approach  (See Reconciliation Comments and Scope of Work)

Property Rights Appraised: ☒ Fee Simple  ☐ Leasehold  ☐ Leased Fee  ☐ Other (describe)

Intended Use: Property valuation.

Intended User(s) (by name or type): Todd Benedict

Client: Benedict, Todd & Kristin     Address: 10010 Stonechase Court

Appraiser: Gary D. Becker     Address: 2425 Range View Court, Reno, NV 89519

## MARKET AREA DESCRIPTION

| | | Predominant Occupancy | One-Unit Housing | Present Land Use | Change in Land Use |
|---|---|---|---|---|---|
| Location: | ☐ Urban  ☒ Suburban  ☐ Rural | | PRICE $(000) / AGE (yrs) | One-Unit 100% | ☒ Not Likely |
| Built up: | ☐ Over 75%  ☒ 25-75%  ☐ Under 25% | ☒ Owner 100 | | 2-4 Unit 0% | ☐ Likely *  ☐ In Process * |
| Growth rate: | ☐ Rapid  ☒ Stable  ☐ Slow | ☐ Tenant | 125 Low 0 | Multi-Unit 0% | * To: |
| Property values: | ☐ Increasing  ☒ Stable  ☐ Declining | ☐ Vacant (0-5%) | 300 High 40 | Comm'l 0% | |
| Demand/supply: | ☐ Shortage  ☒ In Balance  ☐ Over Supply | ☐ Vacant (>5%) | 175 Pred 15 | 0% | |
| Marketing time: | ☐ Under 3 Mos.  ☒ 3-6 Mos.  ☐ Over 6 Mos. | | | | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): Market conditions in the subject neighborhood and market area are considered to be approaching stability after a 6 year period of declining values by local real estate professionals with average marketing time running under six months for most properties which are competitively priced. Supply and demand are currently approaching a balanced state with all types of financing are available from local lending institutions.

## SITE DESCRIPTION

Dimensions: See attached plat map.     Site Area: .31 acre

Zoning Classification: SPD     Description: single family residential

Zoning Compliance: ☒ Legal  ☐ Legal nonconforming (grandfathered)  ☐ Illegal  ☐ No zoning

Are CC&Rs applicable? ☒ Yes  ☐ No  ☐ Unknown     Have the documents been reviewed? ☐ Yes  ☒ No     Ground Rent (if applicable) $ /

Highest & Best Use as improved: ☒ Present use, or  ☐ Other use (explain)

Actual Use as of Effective Date: Single family residence.     Use as appraised in this report: Single family residence.

Summary of Highest & Best Use: Single family residential.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | level |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | | Street | asphalt | ☒ | ☐ | Size | larger than typical in area |
| Gas | ☒ | ☐ | | Curb/Gutter | concrete | ☒ | ☐ | Shape | irregular |
| Water | ☒ | ☐ | | Sidewalk | concrete | ☒ | ☐ | Drainage | natural |
| Sanitary Sewer | ☒ | ☐ | | Street Lights | pole | ☒ | ☐ | View | no amenity |
| Storm Sewer | ☐ | ☐ | | Alley | none | ☐ | ☐ | | |

Other site elements: ☒ Inside Lot  ☐ Corner Lot  ☐ Cul de Sac  ☒ Underground Utilities  ☐ Other (describe)

FEMA Spec'l Flood Hazard Area  ☐ Yes  ☒ No  FEMA Flood Zone X     FEMA Map # 32031C3261G     FEMA Map Date 3/16/2009

Site Comments: This is a typical residential cul-de-sac site in this neighborhood.

## DESCRIPTION OF THE IMPROVEMENTS

| General Description | | Exterior Description | | Foundation | | Basement ☒ None | | Heating | |
|---|---|---|---|---|---|---|---|---|---|
| # of Units | 1  ☐ Acc.Unit | Foundation | concrete/slab/A | Slab | concrete | Area Sq. Ft. | | Type | FA |
| # of Stories | 1 | Exterior Walls | stucco/A | Crawl Space | yes | % Finished | | Fuel | gas |
| Type ☒ Det.  ☐ Att. | | Roof Surface | concrete tile/A | Basement | none | Ceiling | | | |
| Design (Style) | 1 story ranch | Gutters & Dwnspts. | metal/A | Sump Pump ☐ | | Walls | | Cooling | none |
| ☒ Existing  ☐ Proposed  ☐ Und.Cons. | | Window Type | vinyl sliders/A | Dampness ☐ | | Floor | | Central | CAC |
| Actual Age (Yrs.) | 7 | Storm/Screens | none/full/A | Settlement | | Outside Entry | | Other | |
| Effective Age (Yrs.) | 4 | | | Infestation | | | | | |

| Interior Description | | Appliances | | Attic ☐ None | Amenities | | | Car Storage ☐ None | |
|---|---|---|---|---|---|---|---|---|---|
| Floors | carpet-tile-vinyl/A | Refrigerator ☐ | | Stairs ☐ | Fireplace(s) # | 1 | Woodstove(s) # 0 | Garage # of cars ( 6 Tot.) | |
| Walls | paint/A | Range/Oven ☒ | | Drop Stair ☐ | Patio | one | | Attach. | 3 |
| Trim/Finish | wood/A | Disposal ☒ | | Scuttle ☐ | Deck | none | | Detach. | 0 |
| Bath Floor | carpet-vinyl/A | Dishwasher ☒ | | Doorway ☐ | Porch | front | | Blt.-In | 0 |
| Bath Wainscot | tile/A | Fan/Hood ☒ | | Floor ☐ | Fence | wood/concrete block | | Carport | 0 |
| Doors | wood/A | Microwave ☒ | | Heated ☐ | Pool | one/gunite | | Driveway | 3 |
| | | Washer/Dryer ☐ | | Finished ☐ | RV | concrete | | Surface | concrete |

Finished area **above** grade contains:  7 Rooms  3 Bedrooms  2 Bath(s)  1,880 Square Feet of Gross Living Area Above Grade

Additional features: There is a large in-ground gunite swimming pool in the rear yard with security gate and metal view fencing.

Describe the condition of the property (including physical, functional and external obsolescence): Property is in average condition with no adverse economic or

| 2nd Prior Subject Sale/Transfer | |
|---|---|
| Date: | |
| Price: | |
| Source(s): | |

## SALES COMPARISON APPROACH TO VALUE (if developed)  ☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 10010 Stonechase Ct Reno, NV 89521-7265 | 1610 Arboleda Drive APN: 161-282-10 | | 1805 Montelena Court APN: 161-303-08 | | 1688 Sewell Drive APN: 161-341-30 | |
| Proximity to Subject | | 1.10 miles W | | 0.86 miles W | | 0.98 miles W | |
| Sale Price | $ N/A | $ 228,000 | | $ 239,900 | | $ 222,000 | |
| Sale Price/GLA | $ /sq.ft. | $ 102.06 /sq.ft. | | $ 116.01 /sq.ft. | | $ 124.93 /sq.ft. | |
| Data Source(s) | physical inspection | C/B Select Real Estate | | Keller Williams Group One Sparks | | Dickson Realty Damonte Ranch | |
| Verification Source(s) | RealQuest | NNRMLS/99 days on market | | NNRMLS/40 days on market | | NNRMLS/252 days on market | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing Concessions | N/A | new FHA Doc#3948152 | | new VA Doc#3957612 | | Cash Doc#3938877 | |
| Date of Sale/Time | N/A | 12/01/2010 | | 12/27/2010 | | 11/02/2010 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Damonte Ranch | Double Diamond | | Double Diamond | | Double Diamond | |
| Site | .31 acre | .17 acre | +5,000 | .19 acre | +5,000 | .18 acre | +5,000 |
| View | no amenity | no amenity | | no amenity | | no amenity | |
| Design (Style) | 1 story ranch | 1 story/similar | | 1 story/similar | | 1 story/similar | |
| Quality of Construction | good tract | similar quality | | similar quality | | similar quality | |
| Age | 7 years | 5 years | | 6 years | | 5 years | |
| Condition | average | similar | | similar | | similar | |
| Above Grade Room Count | Total 7 / Bdrms 3 / Baths 2 | Total 7 / Bdrms 4 / Baths 2 | | Total 8 / Bdrms 4 / Baths 2 | | Total 7 / Bdrms 3 / Baths 2 | |
| Gross Living Area | 1,880 sq.ft. | 2,234 sq.ft. | -15,900 | 2,068 sq.ft. | -8,500 | 1,777 sq.ft. | +4,600 |
| Basement & Finished Rooms Below Grade | none none | none none | | none none | | none none | |
| Functional Utility | typical for quality | similar | | similar | | similar | |
| Heating/Cooling | FA/CAC | FA/CAC | | FA/CAC | | FA/CAC | |
| Energy Efficient Items | typical for quality | similar | | similar | | similar | |
| Garage/Carport | 3 car garage | 3 car garage | | 3 car garage | | 3 car garage | |
| Porch/Patio/Deck | porch & patio | similar amenities | | similar amenities | | similar amenities | |
| fireplace | fireplace | fireplace | | fireplace | | fireplace | |
| landscaping | full landscaping | inferior amenity | +2,500 | similar amenity | | inferior amenity | +2,500 |
| Other features | in-ground pool | none | +5,000 | none | +5,000 | none | +5,000 |
| Other features | RV parking | none | +2,500 | none | +2,500 | none | +2,500 |
| Net Adjustment (Total) | | ☐ + ☒ - $ -900 | | ☒ + ☐ - $ 4,000 | | ☒ + ☐ - $ 19,600 | |
| Adjusted Sale Price of Comparables | | $ 227,100 | | $ 243,900 | | $ 241,600 | |

Summary of Sales Comparison Approach    All three comparable sales are located in the subject South Meadows market area. Sales #1 and #2 are adjusted down for larger size of living area while Sale #3 is adjusted upward for smaller size. Each sale is adjusted upward for the subject's large rear yard gunite swimming pool amenity and concrete RV parking area.

## COST APPROACH

| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE ......................................... =$ |
|---|---|
| Source of cost data: | DWELLING  Sq.Ft. @ $  =$ |
| Quality rating from cost service:    Effective date of cost data: | Sq.Ft. @ $  =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.): | Sq.Ft. @ $  =$ |
| | Sq.Ft. @ $  =$ |
| | Sq.Ft. @ $  =$ |
| | =$ |
| | Garage/Carport  Sq.Ft. @ $  =$ |
| | Total Estimate of Cost-New  =$ |
| | Less  Physical  Functional  External |
| | Depreciation  =$(          ) |
| | Depreciated Cost of Improvements  =$ |
| | "As-is" Value of Site Improvements  =$ |
| | =$ |
| | =$ |
| Estimated Remaining Economic Life (if required):                Years | INDICATED VALUE BY COST APPROACH  =$ |

## INCOME APPROACH TO VALUE (if developed)    ☒ The Income Approach was not developed for this appraisal.

Estimated Monthly Market Rent $            X  Gross Rent Multiplier            = $            Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM): The Income Approach is not used in this report because residential properties in the South Meadows market area are not typically bought and sold based on their rental income potential.

## PROJECT INFORMATION FOR PUDs (if applicable)    ☒ The Subject is part of a Planned Unit Development.

Legal Name of Project:  Damonte Ranch

Describe common elements and recreational facilities:

---

Indicated Value by: Sales Comparison Approach $ 235,000     Cost Approach (if developed) $ N/A     Income Approach (if developed) $ N/A

Final Reconciliation  The estimated Market Value of the subject property is based on the above Comparable Sales Analysis.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:

☒ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is:  $     235,000     , as of:     03/09/2011     , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

A true and complete copy of this report contains   9   pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:
- ☒ Scope of Work
- ☒ Limiting Cond./Certifications
- ☐ Narrative Addendum
- ☒ Photograph Addenda
- ☒ Sketch Addendum
- ☒ Map Addenda
- ☐ Additional Sales
- ☐ Cost Addendum
- ☐ Flood Addendum
- ☐ Manuf. House Addendum
- ☐ Hypothetical Conditions
- ☐ Extraordinary Assumptions

Client Contact:  Todd Benedict              Client Name:  Benedict, Todd & Kristin
E-Mail:  toddbenedict@comcast.net       Address:  10010 Stonechase Court

### APPRAISER

Appraiser Name:  Gary D. Becker
Company:  Gary D. Becker Real Estate Appraiser LLC
Phone:  (775) 786-8484    Fax:
E-Mail:

### SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable)

Supervisory or Co-Appraiser Name:
Company:
Phone:    Fax:
E-Mail:



Sketch by Apex IV™

Comments:

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Net Size | Net Totals |
| GLA1 | First Floor | 1879.50 | 1879.50 |
| GAR | Garage | 568.50 | 568.50 |
| Net LIVABLE Area | (Rounded) | | 1880 |

| LIVING AREA BREAKDOWN | | |
|---|---|---|
| Breakdown | | Subtotals |
| First Floor | | |
| 20.00 x 40.00 | | 800.00 |
| 0.5 x  3.00 x  3.00 | | 4.50 |
| 14.00 x 40.00 | | 560.00 |
| 11.00 x 43.00 | | 473.00 |
| 0.5 x  4.24 x  4.24 | | 9.00 |
| 3.00 x 11.00 | | 33.00 |
| 6 Items | (Rounded) | 1880 |

| | |
|---|---|
| 10010 Stonechase Ct | |
| Sales Price | N/A |
| GLA | 1,880 |
| Total Rooms | 7 |
| Total Bedrms | 3 |
| Total Bathrms | 2 |
| Location | Damonte Ranch |
| View | no amenity |
| Site | .31 acre |
| Quality | good tract |
| Age | 7 years |



**Subject Rear**



**Subject Street**



10010 Stonechase Ct
Sales Price   N/A
G.L.A.        1,880
Tot. Rooms    7
Tot. Bedrms.  3
Tot. Bathrms. 2
Location      Damonte Ranch
View          no amenity
Site          .31 acre
Quality       good tract
Age           7 years



**Swimming pool**

**Subject Street**



1610 Arboleda Drive
Proximity      1.10 miles W
Sale Price     228,000
GLA            2,234
Total Rooms    7
Total Bedrms   4
Total Bathrms  2
Location       Double Diamond
View           no amenity
Site           .17 acre
Quality        similar quality
Age            5 years



## Comparable 2
1805 Montelena Court
Proximity      0.86 miles W
Sale Price     239,900
GLA            2,068
Total Rooms    8
Total Bedrms   4
Total Bathrms  2
Location       Double Diamond
View           no amenity
Site           .19 acre
Quality        similar quality
Age            6 years



## Comparable 3
1688 Sewell Drive
Proximity      0.98 miles W
Sale Price     222,000
GLA            1,777
Total Rooms    7
Total Bedrms   3
Total Bathrms  2
Location       Double Diamond
View           no amenity
Site           .18 acre
Quality        similar quality
Age            5 years





of it being under responsible ownership.

— The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.

— If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

— The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

— If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.

— The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist.  Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

— The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct.  The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

— The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

— If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.

— An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

— The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.

— An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.


**The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.**


**Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):**

| SIGNATURES | |
|---|---|

— The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
— I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
— I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
— My engagement in this assignment was not contingent upon developing or reporting predetermined results.
— My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
— My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
— I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
— Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
— Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**Additional Certifications:**

**DEFINITION OF MARKET VALUE *:**
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:
1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.
* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| Client Contact: | Todd Benedict | Client Name: | Benedict, Todd & Kristin |
|---|---|---|---|
| E-Mail: | toddbenedict@comcast.net | Address: | 202 River Front Drive, Reno, NV 89519 |

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name: Gary D. Becker | Supervisory or Co-Appraiser Name: |
| Company: Gary D. Becker Real Estate Appraiser LLC | Company: |
| Phone: (775) 786-8484  Fax: | Phone:  Fax: |
| E-Mail: | E-Mail: |