Ellen Jean Winograd, Esq.
State Bar No. 815
WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, NV 89511
Tel: 775-688-3000
Fax: 775-688-3088

Attorney for Creditor
MICHAEL'S RENO SUZUKI YAMAHA, INC.

UNITED STATE BANKRUPTCY COURT

DISTRICT OF NEVADA

\*\*\*

In re:

TODD A. BENEDICT
KRISTIN J. BENEDICT,

        Debtors

Case No. **BK-N 11-50250-btb**

Chapter 13

**STIPULATION TO LIFT BANKRUPTCY STAY TO ALLOW DISMISSAL OF SECOND JUDICIAL DISTRICT COURT CASE**

It is hereby stipulated by WILLIAM A. VAN METER, TRUSTEE and Debtors TODD A. BENEDICT and KRISTIN J. BENEDICT, by and through their counsel, STEPHEN R. HARRIS, ESQ., BELDING, HARRIS & PETRONI, LTD., to lift the 11 U.S.C. § 362 Automatic Stay for the sole purpose of dismissing the State Court Case No. CV07-02584 pursuant to the Order Confirming Chapter 13 Plan filed August 3, 2011 which states:

///

///

///

///

1  The Debtor has listed a pending litigation against Michael's of Reno as "unknown". The Trustee filed an Objection to Debtors claim of Exemptions and the Debtors responded to said Objection. The Objection was not ruled on by the Court due to the fact that the <u>Debtors have elected not to pursue the litigation.</u>

Emphasis Added.

### AFFIRMATION PURSUANT TO NRS 239B.030

This document does not contain the Social Security number of any person.

DATED this _____ day of October, 2011.        DATED this _____ day of October, 2011.

                                                                 BELDING, HARRIS & PETRONI, LTD.

By: <u>See attached signature page.</u>        By: <u>See attached signature page.</u>

    WILLIAM A. VAN METER            STEPHEN R. HARRIS, ESQ.
    TRUSTEE
    U.S. BANKRUPTCY COURT


**Approved as to Form and Content**
**Attorney for Creditor Michael's Reno**
**Suzuki Yamaha, Inc.**

By: _/s/ Ellen Jean Winograd_

    ELLEN JEAN WINOGRAD, ESQ.
    WOODBURN AND WEDGE

1  The Debtor has listed a pending litigation against Michael's of Reno as
2  "unknown". The Trustee filed an Objection to Debtors claim of Exemptions
   and the Debtors responded to said Objection. The Objection was not ruled
   on by the Court due to the fact that the <u>Debtors have elected not to pursue the</u>
3  <u>litigation.</u>

4  Emphasis Added.

5
          **AFFIRMATION PURSUANT TO NRS 239B.030**
6
   This document does not contain the Social Security number of any person.
7
8  DATED this _____ day of October, 2011.    DATED this _____ day of October, 2011.

9                                             BELDING, HARRIS & PETRONI, LTD.

10

11 By: _____    By: _____

12    WILLIAM A. VAN METER                    STEPHEN R. HARRIS, ESQ.
      TRUSTEE
13    U.S. BANKRUPTCY COURT

14

15 Approved as to Form and Content
   Attorney for Creditor Michael's Reno
16 Suzuki Yamaha, Inc.

17 By: _____

18    ELLEN JEAN WINOGRAD, ESQ.
      WOODBURN AND WEDGE
19

20

21

22     ~~IT IS SO ORDERED~~

23     ~~DATED this xxxxxxx day of October, 2011.~~

24     [SEPARATE ORDER SUBMITTED]

25
                                          ~~U.S. BANKRUPTCY JUDGE~~
26

27

28

The Debtor has listed a pending litigation against Michael's of Reno as "unknown". The Trustee filed an Objection to Debtors claim of Exemptions and the Debtors responded to said Objection. The Objection was not ruled on by the Court due to the fact that the <u>Debtors have elected not to pursue the litigation.</u>

Emphasis Added.

## AFFIRMATION PURSUANT TO NRS 239B.030

This document does not contain the Social Security number of any person.

DATED this _____ day of October, 2011.    DATED this 21ST day of October, 2011.

BELDING, HARRIS & PETRONI, LTD.

By: _____    By: _____

WILLIAM A. VAN METER    STEPHEN R. HARRIS, ESQ.
TRUSTEE
U.S. BANKRUPTCY COURT


Approved as to Form and Content
Attorney for Creditor Michael's Reno
Suzuki Yamaha, Inc.

By: _____

ELLEN JEAN WINOGRAD, ESQ.
WOODBURN AND WEDGE