**Entered on Docket**
**October 25, 2011**

_Bruce T. Beesley_
**Hon. Bruce T. Beesley**
**United States Bankruptcy Judge**

Ellen Jean Winograd, Esq.
State Bar No. 815
WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, NV 89511
Tel:  775-688-3000
Fax: 775-688-3088

Attorney for
MICHAEL'S RENO SUZUKI YAMAHA, INC.
AND RACHELLE GEROW
Defendant in State Court Case No. CV07-02584

UNITED STATE BANKRUPTCY COURT

DISTRICT OF NEVADA

\*\*\*

In re:

TODD A. BENEDICT
KRISTIN J. BENEDICT,

            Debtors

Case No. **BK-N 11-50250-btb**
Chapter 13

**ORDER VACATING AUTOMATIC STAY**

No Hearing Required

        Based upon the Stipulation to Lift Bankruptcy Stay to Allow Dismissal of Second

Judicial District Court Case entered into by and among Michael's Reno Suzuki Yamaha, Inc. and

Rachelle Gerow (collectively "Michael's Reno"), the Debtors and the trustee, and filed herein

October 21, 2011; and good cause appearing,

1

2 IT IS HEREBY ORDERED that the automatic stay provisions of 11 U.S.C. § 362 are

3 hereby vacated for the sole purpose of allowing Debtors to stipulate to the dismissal of Todd

4 Benedict's claims against Michael's Reno in Case No. CV07-02584, as indicated in the August

5 3, 2011 Order Confirming Chapter 13 Plan, Docket No. 51.

6

7 **IT IS SO ORDERED.**

8

9

10

11 Prepared and Submitted by:

12 Ellen Jean Winograd, Esq.
WOODBURN AND WEDGE
13 6100 Neil Road, Suite 500
Reno, NV 89511

14 Attorney for
15 MICHAEL'S RENO SUZUKI YAMAHA, INC.
Defendant in State Court Case No. CV07-02584

16

17

18

19

20

21

22

23

24

25

26

27

28