| | |
|---|---|
| Paterno C. Jurani, Esq.<br>Attorney Bar No. 8136<br>MILES, BAUER, BERGSTROM & WINTERS, LLP<br>2200 Paseo Verde Pkwy., Suite 250<br>Henderson, NV  89052<br>(702) 369-5960 / FAX (702) 369-4955<br>E-mail: pjurani@mileslegal.com<br>File No. 14-90165<br><br>Attorneys for Secured Creditor<br>BASS & ASSOCIATES, P.C. | E-filed on August 8, 2014 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re,<br><br>TODD A BENEDICT AND KRISTIN J BENEDICT,<br><br>Debtor(s). | BK No.: 11-50250-BTB<br><br>Chapter 13<br><br>**REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Secured Creditor, BASS & ASSOCIATES, P.C., requests that all notices given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be given to and served upon the undersigned at the following address and telephone number.

Paterno C. Jurani, Esq.
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV  89052
PH (702) 369-5960

MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated:  August 6, 2014          By:  /s/ Paterno C. Jurani, Esq.
                                     Paterno C. Jurani, Esq.
                                     Attorney for Secured Creditor

1

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on __August 8, 2014__, a copy of the **Request for Special Notice** was mailed to all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail, addressed as follows:

ATTORNEY FOR DEBTOR:
Stephen R. Harris
Harris Law Practice LLC
6151 Lakeside Dr. Ste. 2100
Reno, NV  89511

CHAPTER 13 TRUSTEE:
William A. Van Meter
POB 6630
Reno, NV  89513

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_Alcopaya_
Name: AIMELITA PAJA
Title: BK Legal Asst.

(14-90165/rfsnlv.dot/sbs)

3